# AFFIDAVIT OF SERVICE

| Case:<br>1:19-cv-1458-RLY-DML | Court:<br>United States District Court for the Southern District of Indiana | County:<br>, IN | Job:<br>3262864 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Brenda Drake | | Defendant / Respondent:<br>Mirand Response Systems, Inc. and Woodforest National Bank | |
| Received by:<br>Hoosier Process Service, LLC | | For:<br>Kozonis & Klinger | |
| To be served upon:<br>Mirand Response Systems, Inc. c/o Registered Agent Solutions, Inc. | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Christy Frownfelter, 200 Byrd Way, Suite 205, Greenwood, Indiana 46143 |
|---|---|
| Manner of Service: | Corporation, Apr 15, 2019, 1:35 pm EDT |
| Documents: | Summons in a Civil Action, Class Action Complaint |

**Additional Comments:**
1) Unsuccessful Attempt: Apr 15, 2019, 1:26 pm EDT at 300 Byrd Way Suite 205, Greenwood, IN 46143
There is no unit or building with the number 300 marking an address, and the spot which is believed to be the 300 address is vacant. The visible address numbers jump from 200 to 400.

2) Successful Attempt: Apr 15, 2019, 1:35 pm EDT at 200 Byrd Way, Suite 205, Greenwood, Indiana 46143 received by Christy Frownfelter. Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'7"; Hair: Brown; Relationship: Registered Agent;

_____     04/15/2019
Jon Robb                                       Date

Hoosier Process Service, LLC
Indianapolis, IN 46260
317-829-0420