UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA DRAKE, on behalf of herself and others similarly situated, </br></br>   Plaintiff, </br></br>   v. </br></br> MIRAND RESPONSE SYSTEMS, INC. and WOODFOREST NATIONAL BANK, </br></br>   Defendants. | No. 1:19-cv-01458-RLY-DML |

## Order on Motion to Extend Class Certification Deadline (Dkt. 49)

Plaintiff Brenda Drake seeks an extension of the deadline to file her class certification motion. The deadline is November 20, 2019, and she asks the court to allow her until 60 days *after* the court rules on the defendants' motion to strike class allegations before filing her motion. The court DENIES that request.

Ms. Drake says in support of her motion to extend the deadline that the defendants have refused to respond to any "class discovery" because of the pendency of their motion to strike. But the defendants do not decide when they will provide discovery. The court entered a schedule that contemplated discovery and briefing of class certification within a particular time frame. The court did not stay that discovery, and the defendants did not obtain an extension to respond.[1] Perhaps the

---

[1] The defendants filed a motion to stay this entire case pending certain administrative action. That request has been denied by separate order.

plaintiff wants to accede to the defendants' position; her motion is silent on that point. But if she does, then the parties must make an appropriate joint motion to modify the case management plan.[2] And if she doesn't accede to the defendants' position, then the parties must file a motion requesting a discovery conference with the magistrate judge, followed by an appropriate motion if the matter is not resolved at the conference. In any event, counsel must file a motion by December 12, 2019.

## Conclusion

Because the plaintiff has not shown good cause for the requested time extension, her motion (Dkt. 49) is DENIED.  The court does, however, suspend the November 20 deadline, to be re-set in connection with resolution of the procedures outlined in the preceding paragraph.

So ORDERED.

Dated:  December 3, 2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

---

[2] And to be clear, the court's approval of such a joint motion should not be assumed.

2