UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| BRENDA DRAKE, *on behalf of herself and others similarly situated*, | x : : : : |
| Plaintiff, | : : No. 1:19-cv-01458- RLY-DML |
| vs. | : : |
| MIRAND RESPONSE SYSTEMS, INC. and WOODFOREST NATIONAL BANK, | : : : |
| Defendants. | : x |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal (Doc. 97), it is ordered that Plaintiff Brenda Drake's claims are dismissed with prejudice, and the claims of proposed class members are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

So ORDERED this 25th day of August, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.